IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD BURT                                                                                       PETITIONER

VS.                                  CASE NO. 2:06CV00006 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                 RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, granted. Respondent is directed to (a) consider, within thirty days and in good faith, transferring Petitioner to a CCC for the remainder of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 policy; and (b) placing Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

SO ADJUDGED this 5th day of April, 2006.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE